Robert L. SHAW, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35703.

Missouri Court of Appeals, Western District.

Oct. 30, 1984.

Joseph H. Locascio, Sp. Public Defender, Mimi Droll, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and NUGENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion to vacate sentence and judgment.

Judgment affirmed. Rule 84.16(b).